Harper v Al-Shaby (2023 NY Slip Op 03991)

Harper v Al-Shaby

2023 NY Slip Op 03991

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

236 CA 22-00102

[*1]CARMETRIS HARPER AND HORACE HARPER, PLAINTIFFS-APPELLANTS,
v
SALEH N. AL-SHABY, ALI MOHAMMED SALEH AND ADEN ENTERPRISES, INC., DOING BUSINESS AS GREEN FARM MARKET, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

CAMPBELL & ASSOCIATES, HAMBURG (JOHN T. RYAN OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
GOLDBERG SEGALLA, LLP, BUFFALO (KATHLEEN J. MARTIN OF COUNSEL), FOR DEFENDANT-RESPONDENT SALEH N. AL-SHABY.
MURA LAW GROUP, BUFFALO (SCOTT D. MANCUSO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS ALI MOHAMMED SALEH AND ADEN ENTERPRISES, INC., DOING BUSINESS AS GREEN FARM MARKET. 

 Appeal from an order of the Supreme Court, Erie County (Paul Wojtaszek, J.), entered January 5, 2022. The order denied the motion of plaintiffs to, inter alia, set aside a jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Harper v Al-Shaby ([appeal No. 2] — AD3d — [July 28, 2023] [4th Dept 2023].
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court